# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MARITZA CASTILLO,

Appellant,

v.

PUBLIX SUPER MARKETS, INC.,

Appellee.

No. 2D22-4068

_____

September 27, 2023

Appeal from the Circuit Court for Hillsborough County; Anne-Leigh Gaylord Moe, Judge.

Julian A. Sanchez of Julian A. Sanchez, P.A., of Tampa, for Appellant.

Diane G. DeWolf and Nancy M. Wallace, of Akerman LLP, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

KHOUZAM, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.